# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
      v. ) CR. S-06-055 MCE
                                                    )
HANNAH SIMONE REED )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
                (**X**) Ad Prosequendum                                   ( ) Ad Testificandum.
Name of Detainee:      Hannah Simone Reed

Detained at (custodian):      Glenn County Jail

Detainee is:   a.)   (**X**) charged in this district by:
                          (X) Indictment                ( ) Information                ( ) Complaint
                          Charging Detainee With:    18 U.S.C. § 1708

      or      b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of proceedings
      or      b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary <u>forthwith</u> in the Eastern District of California.*

                          Signature:  /s/ Matthew C. Stegman
                          Printed Name & Phone No: Matthew C. Stegman (916) 554-2793
                          Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
        (**X**) Ad Prosequendum                          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

2/24/06                                                                   /s/ Gregory G. Hollows
Date                                                          United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male    Female  X | |
| Booking or CDC #: | W95649 | DOB: | 1976 |
| Facility Address: | 141 S. Lassen | Race: | White |
| | Willows, CA 95988 | FBI #: | 261037AB1 |
| Facility Phone: | (530) 934-6428 | | |
| Currently Incarcerated For: | PC 148(a), PC 475(a) & PC 498(d) (State Warrants) | | |

### RETURN OF SERVICE

Executed on _____ by _____        _____
                                                                                    (Signature)
reed.ord