DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HANNAH REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:06-cr-0055-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: April 18, 2006 |
| HANNAH REED, ) | TIME: 8:30 a.m. |
| ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, HANNAH REED, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of March 21, 2006 at 8:30 a.m. be vacated and that a further status conference be set for April 18, 2006 at 8:30 a.m.

This continuance is being requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for, April 18, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 17, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ RACHELLE BARBOUR
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
Hannah Reed


McGREGOR SCOTT
United States Attorney


/s/ RACHELLE BARBOUR for
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

DATED: March 17, 2006

**O R D E R**

**IT IS SO ORDERED.**

DATED: March 22, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE