```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HANNAH REED
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HANNAH REED, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 2:06-cr-0055-MCE <br><br> **STIPULATION AND ORDER** <br><br> DATE: May 2, 2006 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, HANNAH REED, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of April 18, 2006 at 8:30 a.m. be vacated and that a further status conference be set for May 2, 2006 at 8:30 a.m. or as soon thereafter as the Court is available.

This continuance is being requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties need to discuss plea options and formalize any agreement in writing.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 2, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 14, 2006         Respectfully submitted,

                              DANIEL J. BRODERICK
                              Acting Federal Defender

                              /s/ RACHELLE BARBOUR
                              _____
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for Defendant
                              Hannah Reed



                              McGREGOR SCOTT
                              United States Attorney


                              /s/ RACHELLE BARBOUR for
DATED: April 14, 2006         _____
                              MATTHEW STEGMAN
                              Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

DATED: April 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**2**