ANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HANNAH REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0055-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| HANNAH REED, | ) | DATE: August 1, 2006 |
| Defendant. | ) | TIME: 8:30 a.m. |
| | ) | JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, HANNAH REED, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of July 18, 2006 at 8:30 a.m. be vacated and that a further status conference be set for August 1, 2006 at 8:30 a.m. or as soon thereafter as the Court is available.

This continuance is being requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties need to discuss plea options and formalize any agreement in writing.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 1, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 14, 2006         Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ RACHELLE BARBOUR
                             _____
                             RACHELLE BARBOUR
                             Assistant Federal Defender
                             Attorney for Defendant
                             Hannah Reed

                             McGREGOR SCOTT
                             United States Attorney

                             /s/ RACHELLE BARBOUR for
DATED: July 14, 2006         _____
                             MATTHEW STEGMAN
                             Assistant U.S. Attorney


_____**O R D E R**

**IT IS SO ORDERED.**

DATED: July 17, 2006

                             _____
                             MORRISON C. ENGLAND, JR
                             UNITED STATES DISTRICT JUDGE