DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HANNAH REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Case No. 2:06-cr-0055-MCE
            Plaintiff,               )
                                     )   **STIPULATION AND ORDER**
       v.                            )
                                     )   DATE: August 15, 2006
HANNAH REED,                         )   TIME: 8:30 a.m.
                                     )   JUDGE: Hon. Morrison C. England, Jr.
            Defendant.               )
                                     )
_____)

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, HANNAH REED, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of August 1, 2006 at 8:30 a.m. be vacated and that a further status conference be set for August 15, 2006 at 8:30 a.m. or as soon thereafter as the Court is available.

This continuance is being requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties need to discuss plea options and formalize any agreement in writing.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 1, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 31, 2006                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ RACHELLE BARBOUR
                                    _____
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Hannah Reed


                                    McGREGOR SCOTT
                                    United States Attorney


                                    /s/ RACHELLE BARBOUR for
DATED: July 31, 2006                _____
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

DATED: July 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**2**