DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HANNAH REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HANNAH REED,<br><br>        Defendant. | No. 2:06-cr-0055-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: September 12, 2006<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

     It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, HANNAH REED, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of August 29, 2006 at 8:30 a.m. be vacated and that a further status conference be set for September 12, 2006 at 8:30 a.m. or as soon thereafter as the Court is available.

     This continuance is being requested to the parties to discuss plea options and formalize any agreement in writing.  Defense counsel must discuss the agreement with Ms. Reed and go over her change of plea.

1  The plea agreement will need to be provided to the Court in advance of
2  the next hearing.
3      Speedy trial time is to be excluded from the date of this order
4  through the date of the status conference set for September 12, 2006
5  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
6  prepare] (Local Code T4).

DATED: August 25, 2006          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ RACHELLE BARBOUR
                                _____
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                Hannah Reed


                                McGREGOR SCOTT
                                United States Attorney


DATED: August 25, 2006          /s/ RACHELLE BARBOUR for
                                _____
                                MATTHEW STEGMAN
                                Assistant U.S. Attorney

_____**O R D E R**

   **IT IS SO ORDERED.**

DATED: August 29, 2006

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE